

Eric B. Sigda
Tel 212.801.9386
sigdae@gtlaw.com

July 25, 2019

**VIA ELECTRONIC FILING**

Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Kevin Gary v. Glasses USA, Inc.*
             Civil Action No. 1:19-cv-01667-AJN

Dear Judge Nathan:

    We represent defendant Glasses USA, Inc. in the above-entitled action. The parties have reached a settlement in this case and write to request that the Court issue a thirty-day letter to allow the parties to finalize and execute the terms of the contemplated settlement agreement. Plaintiff joins in this request. As such, the parties respectfully request that the initial pretrial conference scheduled for tomorrow, July 26, 2019, be cancelled.

    Respectfully,

    GREENBERG TRAURIG, LLP

    */s/ Eric B. Sigda*

    Eric B. Sigda
    sigdae@gtlaw.com
    200 Park Avenue
    New York, New York 10166
    Telephone: (212) 801-9386
    *Attorneys for Glasses USA, Inc.*

cc:    Jonathan Shalom, Esq.