UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

KEVIN GAREY, on behalf of himself and
All others similarly situated,

        Plaintiffs,                                    19-cv-01667 (AJN)

  -v-                                        JOINT STIPULATION OF
                                                 DISMISSAL WITH PREJUDICE

GLASSES USA, INC.,

        Defendant.
_____/

      Plaintiff, Kevin Garey, and Defendant, Glasses USA, Inc., by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this action with prejudice as the parties have reached an amicable resolution of this matter and, except as otherwise agreed, each party shall bear their own costs and fees. The parties request that the Court enter an order dismissing this action with prejudice.

Dated: September 12, 2019


 /s/ Jonathan Shalom                               /s/ Eric B. Sigda
Jonathan Shalom, Esq.                           Eric B. Sigda, Esq.
Jshalom@JonathanShalomLaw.com         sigdae@gtlaw.com
*Attorneys for Kevin Garey*                       *Attorneys for Glasses USA, Inc.*
**SHALOM LAW, PLLC**                             **GREENBERG TRAURIG, LLP**
124-04 Metropolitan Avenue                    200 Park Avenue
Kew Gardens, NY 11415                            New York, New York 10166
Tel: (718) 971-9474                                   Tel: (212) 801-9386

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of September, 2019, I electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

                                                /s/ Eric B. Sigda
                                                ERIC B. SIGDA